FILED
FEB - 6 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA *ex rel.*
THE TARBELL GROUP, LLC,

Plaintiff/Relator,

v.

GLEN ALLEN COMMUNITY CENTER, *et al.*,

Defendants.

No. 3:25-cv-652-REP
FILED UNDER SEAL
Pursuant to 31 U.S.C. § 3730(b)(2)

FILED *EX PARTE*

## UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America notifies the Court that it hereby intervenes against Defendant Glen Allen Community Center for the purpose of effecting a settlement agreement entered between the United States, Relator, and the Defendant.

Upon payment by the Defendant under the terms of the Settlement Agreement, which is required within 10 days of the Effective Date, the United States and the Relator will file a Joint Notice of Voluntary Dismissal with respect to all claims in this action.

The United States requests that the Relators' Complaint, this Notice, and the attached proposed Order be unsealed.

The United States requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order is attached.

Dated: February 6, 2026

Respectfully submitted,

TODD W. BLANCHE
Deputy Attorney General

By: ______________________

JOHN E. BEERBOWER
Assistant United States Attorney
United States Attorney's Office
*Counsel for the United States of America*
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: 703.299.3841
Fax: 703.299.3898
john.beerbower@usdoj.gov