IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* THE TARBELL GROUP, LLC, | ) ) ) | |
| Plaintiff/Relator, | ) ) | No. 3:25-cv-652-REP |
| | ) ) | |
| GLEN ALLEN COMMUNITY CENTER, *et al.*, | ) ) ) | |
| | ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the United States of America, having

intervened for purposes of settlement in this *qui tam* action brought pursuant to the False Claims

Act, 31 U.S.C. §§ 3729-33, and Relator The Tarbell Group, LLC voluntary dismiss this action as

set forth below:

1.      In accordance with, and subject to the terms of the Settlement Agreement, the

United States and Relator voluntarily dismiss, with prejudice, this action against the Defendant

that are based on the Covered Conduct as defined in Recitals Paragraph E of the February 6,

2026, Settlement Agreement among the United States, Relator The Tarbell Group, LLC, and

Defendant Glen Allen Community Center (the "Settlement Agreement").

2.      Pursuant to the Settlement Agreement and *Kokkonen v. Guardian Life Insurance

Co. of America*, 511 U.S. 375, 381-82 (1994), the Court shall retain jurisdiction to enforce the

terms of the Settlement Agreement.

//

//

//

A proposed Order is attached.

Dated: February 17, 2026

Respectfully submitted,

TODD W. BLANCHE
Deputy Attorney General

By:      /s/_____
JOHN E. BEERBOWER
Assistant United States Attorney
United States Attorney's Office
*Counsel for the United States of America*
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: 703.299.3841
Fax: 703.299.3898
john.beerbower@usdoj.gov

By:      /s/ (by permission)_____
Bruce Ellis Fein
Law Office of Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
703-248-0390
bruce@newdream.net
*Counsel for Relator*